**2009–1809. State v. Wright.**
Franklin App. No. 08AP–1095, 2009-Ohio-4651.

**2009–1812. State v. Gangloff.**
Hamilton App. No. C–081047.

**2009–1819. State v. Wheeler.**
Franklin App. No. 08AP–503, 2009-Ohio-4380.

**2009–1826. State v. Smith.**
Highland App. No. 08CA15, 2009-Ohio-4539.

**2009–1840. State v. Richardson.**
Hamilton App. No. C–080435.

**2009–1845. State v. Kasunick.**
Lake App. No. 2008–L–056, 2009-Ohio-4449.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent and would accept the appeal and hold the cause for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387.

**2009–1848. Campbell v. Bowersock.**
Allen App. No. 1–09–39, 2009-Ohio-1833.

**2009–1850. State v. Jackson.**
Summit App. Nos. 24463 and 24501, 2009-Ohio-4336.

**2009–1851. State v. Hill.**
Hamilton App. No. C–080222.

**2009–1854. State v. Rodriguez.**
Butler App. No. CA2008–07–162, 2009-Ohio-4460.

**2009–1859. State v. Davis.**
Mahoning App. No. 08 MA 80, 2009-Ohio-4639.

**2009–1894. State v. Poe.**
Franklin App. No. 09AP–698.

**2009–1933. In re T.D.**
Preble App. No. CA2009–01–002, 2009-Ohio-4680.

**2009–1975. State v. Wooten.**
Stark App. No. 2008 CA 00103.

**2009–1981. In re B.M.**
Franklin App. Nos. 09AP–60, 09AP–61, 09AP–62, 09AP–63, and 09AP–64, 2009-Ohio-4846.
MOYER, C.J., and PFEIFER, J., dissent.
O'CONNOR, J., dissents and would accept the appeal on Proposition of Law No. I.

## RECONSIDERATION OF PRIOR DECISIONS

**2009–1130. Rielinger v. Rielinger.**
Cuyahoga App. No. 90614, 2009-Ohio-1236. On motion for reconsideration. Motion denied.

**2009–1275. Blauvelt v. Hamilton.**
Butler App. No. CA2008–07–174, 2009-Ohio-2801. On motion for reconsideration. Motion denied.
MOYER, C.J., and O'CONNOR, J., dissent.

**2009–1319. JJAM Mgt., Inc. v. Lloyd's.**
Cuyahoga App. No. 93010. On motion for reconsideration. Motion denied.